United States District Court
For the Northern District of California

1
2
3
4                   UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    PATRICIA LEGER, ET AL.,                    Case No.  3:12-cv-03632 JCS
8                Plaintiff(s),
                                                **ORDER CONTINUING CASE**
9         v.                                    **MANAGEMENT CONFERENCE AND**
                                                **CONTINUING STAY UNTIL THE NEXT**
10   JP MORGAN CHASE BANK NA, ET AL.,           **CASE MANAGEMENT CONFERENCE**
11               Defendant(s).
12   _____/
13         IT IS HEREBY ORDERED that the STAY in this case shall remain in effect until the next
14   case management conference.  A further case management conference is set for **February 15, 2013,**
15   **at 1:30 PM.**  An updated joint case management conference statement shall be due by February 8,
16   2013.
17         IT IS SO ORDERED.
18
19   Dated:  November 14, 2012
20
21   _____
     JOSEPH C. SPERO
22   United States Magistrate Judge
23
24
25
26
27
28