UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA LEGER, ET AL., | Case No. 3:12-cv-03632 JCS |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CONTINUING STAY UNTIL THE NEXT CASE MANAGEMENT CONFERENCE** |
| JP MORGAN CHASE BANK NA, ET AL., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the STAY in this case shall remain in effect until the next case management conference. A further case management conference is set for **February 15, 2013, at 1:30 PM.** An updated joint case management conference statement shall be due by February 8, 2013.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge